PÉREZ ET AL. *v.* ROMANO ET AL.

APPEAL from the District Court of San Juan, Section 1.

MOTION to strike out.

No. 841.—Decided April 30, 1912.

APPEAL—NEW TRIAL—TRANSCRIPT OF RECORD—JUDGMENT ROLL.—In an appeal
from an order overruling a motion for a new trial on the ground that the evi-
dence was insufficient, it is indispensable, according to section 225 of the Code
of Civil Procedure, that the pleadings, findings of the trial court and judgment
form part of the transcript of the record to enable the Supreme Court to
review the evidence.

The facts are stated in the opinion.

*Mr. José de Guzmán Benítez, Francisco de la Torre* and
*José Martínez Dávila* for appellant.

*Messrs. Bosch and Soto* for adverse party.

MR. JUSTICE WOLF delivered the opinion of the court.

The appeal in this case is from an order overruling a mo-
tion for a new trial. The respondent moves to strike out the
complaint, the answer, the findings, and the judgment, on the
ground that on such appeal the judgment roll should
not be included in the record. To enable the court to
know what were the issues between the parties it is indispen-
sable that the pleadings, findings and judgment should be
certified to us. This follows from the provisions of section
225 of the Code of Civil Procedure. The decisions of Cali-
fornia point to the same conclusion. *Mendocino Co.* v. *Pe-
ters,* 82 Pac. Rep., 1122; *Kimple* v. *Conway,* 69 Cal., 71, 73.
Section 225 states an exception to the rule when the motion is
founded on the minutes of the court. Here, however, the ap-
pellant was relying on the lack of proof and similar elements.
The motion must be dismissed.

*Dismissed.*

Chief Justice Hernández and Justices MacLeary, del Toro
and Aldrey concurred.